**UNITED STATES DISTRICT COURT**
**for the**
**Western District of North Carolina**

Brookwood Homebuilding and Remodeling, LLC

*Plaintiff* )
v. ) **Civil Action No.**
)
Landis Reed Homes, LLC )
)
)
)
*Defendant*

## SUMMONS IN A CIVIL ACTION

**TO:** ***(Defendant's name and address)***

Landis Reed Homes, LLC
c/o Registered Agent, Richard E. Steele, Jr.
19926 Scanner Lane
Cornelius, NC 28031

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Wesley F. Faulk
Hinson Faulk, P.A.
309 Post Office Drive
Indian Trail, NC 28079

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Frank G. Johns, Clerk
United States District Court

Date 4/26/2016

**Civil Action No.**

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))***

**This summon for *(name of individual and title, if any)***

______________________________

**was received by me on *(date)*** ______________________________.

❑ **I personally served the summons on the defendant at *(place)*** ______________________________ **on *(date)*** ______________________________; **or**

❑ **I left the summons at the individual's residence or usual place of abode with *(name)*** ______________________________, **a person of suitable age and discretion who resides there, on *(date)*** ______________________________, **and mailed a copy to the individual's last known address; or**

❑ **I served the summons on *(name of individual)*** ______________________________, **who is designated by law to accept service of process on behalf of *(name of organization)*** ______________________________ **on *(date)*** ______________________________; **or**

❑ **I returned the summons unexecuted because** ______________________________; **or**

❑ **Other *(specify)*:**

______________________________

**My fees are $** ______________ **for travel and $** ______________ **for services, for a total of $**______________.

**I declare under penalty of perjury that this information is true.**

**Date:**______________________________

______________________________
**Server's signature**

______________________________
**Printed name and title**